**Hereward S. SCOTT, Appellant, v. Freda KOESTER, Appellee.**

No. 8604.

Circuit Court of Appeals, Sixth Circuit.

March 6, 1941.

Berry & Stevens and Arthur L. Evely, all of Detroit, Mich., for appellant.

Charles A. Bryan and Waldo C. Granse, both of Detroit, Mich., for appellee.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and argument of counsel, and it appearing to the court that there was substantial evidence to support the verdict of the jury, and that there was no reversible error in the charge or in the action of the court in refusing to instruct the jury as requested by appellant, or upon the record as a whole, it is therefore ordered and adjudged that the judgment appealed from, be, and the same is in all things, affirmed.

■

**George D. SMITH, Appellant, v. FEDERATED PUBLICATIONS, Inc., a Delaware Corporation, Appellee.**

No. 8609.

Circuit Court of Appeals, Sixth Circuit.

March 14, 1941.

Lucking, Van Auken & Sprague, of Detroit, Mich., for appellant.

Walsh, Walsh & O'Sullivan, of Port Huron, Mich., and James Cleary, of Battle Creek, Mich., for appellee.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs and argument of counsel.

On consideration whereof, it is ordered, adjudged and decreed that the order appealed from, be and the same is affirmed upon the authority of Trustees of Internal Improvement Fund v. Greenough, 105 U.S. 527, 26 L.Ed. 1157.